

CLERK, U.S. DISTRICT COURT

7/6/25

CENTRAL DISTRICT OF CALIFORNIA

BY_____CS_____DEPUTY

DOCUMENT SUBMITTED THROUGH THE
ELECTRONIC DOCUMENT SUBMISSION SYSTEM

 **LogicBalls**

**IN THE UNITED STATES DISTRICT COURT FOR THE CENTRAL DISTRICT OF CALIFORNIA**

DANNY AMEN SHABAZZ,

Plaintiff,

v.

CHRISTOPHER BRUCE, MARK THOMPSON, NICK SABEAN, KEVIN KRISS, JEFF FLYNN,

Defendants.

CV25-6150-UA

**COMPLAINT FOR INVASION OF PRIVACY AND VIOLATION OF NON-DISCLOSURE AGREEMENT**

To the Honorable Judge of the United States District Court for the Central District of California:

Pursuant to Federal Rule of Civil Procedure 8, Plaintiff Danny Amen Shabazz ("Plaintiff" or "Shabazz") brings this action against Defendants Christopher Bruce, Mark Thompson, Nick Sabean, Kevin Kriss, and Jeff Flynn (collectively, "Defendants") for invasion of privacy, violation of a non-disclosure agreement ("NDA"), and other related claims. This Complaint arises from Defendants' unauthorized and unlawful actions, which have caused significant harm and distress to Plaintiff.

**JURISDICTION AND VENUE**

1. This Court has subject matter jurisdiction over this action pursuant to 28 U.S.C. § 1331, as the claims arise under the Constitution and laws of the United States.

2. Venue is proper in this District pursuant to 28 U.S.C. § 1391, as a substantial part of the events giving rise to the claims occurred in the Central District of California.

**PARTIES**

3. Plaintiff Danny Amen Shabazz is a resident of the State of California.

4. Defendant Christopher Bruce is a resident of the State of Delaware.

5. Defendants Mark Thompson, Nick Sabean, Kevin Kriss, and Jeff Flynn are also residents of the State of Delaware.

**FACTS**

6. In 2019, Plaintiff and the late Kobe Bryant, a renowned basketball player and entrepreneur, collaborated on a production project (the "Production").

7. As part of the Production, Plaintiff and Kobe Bryant worked together to develop a logo, known as the "Crate logo," which was designed by a team in Wilmington, Delaware.

8. Plaintiff and Kobe Bryant had a prior relationship, having competed against each other in high school basketball in Pennsylvania, with Plaintiff attending Lower Merion High School and Kobe Bryant attending Chester High School.

9. The two also played against each other in the Sonny Hill League.

10. In connection with the Production, Plaintiff had Defendant Christopher Bruce sign a non-disclosure agreement ("NDA") to protect the confidentiality of the project.

11. Despite signing the NDA, Defendant Bruce violated its terms by allowing Why Fly Internet to install cat 6 cables and streaming equipment at the Production's offices without Plaintiff's consent.

12. Furthermore, Defendant Bruce took pictures of the Production and merchandise, which he shared without authorization, until the tragic death of Kobe Bryant in a helicopter crash in Calabasas, California.

13. Plaintiff's corporate communications are still wired into King Creative LLC, the production office, without his consent, and he requests that the Court order the removal of this equipment.

**CLAIMS FOR RELIEF**

**COUNT 1: INVASION OF PRIVACY**

14. Plaintiff alleges that Defendants' actions, as described above, constitute an invasion of his privacy, in violation of California law.

15. Plaintiff seeks compensatory and punitive damages for the harm caused by Defendants' unauthorized actions.

**COUNT 2: VIOLATION OF NON-DISCLOSURE AGREEMENT**

16. Plaintiff alleges that Defendant Bruce breached the NDA by disclosing confidential information about the Production without authorization.

17. Plaintiff seeks damages for the harm caused by Defendant Bruce's breach of the NDA.

**COUNT 3: NEGLIGENCE**

18. Plaintiff alleges that Defendants were negligent in their handling of the Production and the confidential information related to it.

19. Plaintiff seeks damages for the harm caused by Defendants' negligence.

**PRAYER FOR RELIEF**

WHEREFORE, Plaintiff demands judgment against Defendants as follows:

Compensatory and punitive damages for the invasion of privacy and violation of the NDA;

Removal of the equipment installed by Why Fly Internet at the Production's offices;

Injunctive relief to prevent further unauthorized disclosure of confidential information;

Reasonable attorneys' fees and costs; and

Such other and further relief as the Court deems just and proper.

**CITATION OF RELEVANT CASE LAW**

The Vanessa Bryant invasion of privacy case (Case No. 2:20-cv-09582-JFW-E) is relevant to this action, as it involves similar claims of unauthorized sharing of photos and invasion of privacy. In that case, the Court awarded significant damages to the plaintiff, and the County of Los Angeles ultimately settled for nearly $29 million.

**STATUTE OF LIMITATIONS**

Plaintiff acknowledges that the statute of limitations may have run on some of the claims. However, he argues that the discovery rule applies, as he only recently became aware of the Vanessa Bryant case and its relevance to his own claims. Furthermore, Plaintiff believes that the courts in Delaware would have ruled fairly on his claims, had he brought them earlier.

**CONCLUSION**

Plaintiff demands a trial by jury on all claims and requests that the Court grant him the relief sought herein.

Respectfully submitted,

**DANNY AMEN SHABAZZ**

Plaintiff



By: _____

**COUNSEL FOR PLAINTIFF**

**VERIFICATION**

I, Danny Amen Shabazz, hereby verify that the contents of this Complaint are true and accurate to the best of my knowledge and belief.

Executed on: _____7/6/2025_____

**DANNY AMEN SHABAZZ**

Plaintiff

By: _____Pro se until counsel is hired____

**COUNSEL FOR PLAINTIFF**

---

✨ **Try Next** ✨

 Customer Contract Summarizer     Legal Document Review Checklist